■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANNY GREEN, Appellant. [859 NYS2d 890]—Judgment of resentence, Supreme Court, New York County (Arlene Silverman, J.),

rendered on or about December 12, 2006, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Andrias, Williams and Renwick, JJ.